Michael F. Long, Esq. (SBN 134951)
mlong@wl-llp.com
WATKINS & LETOFSKY, LLP
2900 S Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Telephone: (949) 476-9400
Facsimile: (949) 476-9407

Attorney for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

Joshua Bordin-Wosk
JBorodinWosk@BordinSemmer.com
Christoffer Gaddini
CGaddini@BordinSemmer.com
BORDIN SEMMER LLP
6100 Center Drive, Suite 1100
Los Angeles, California 90045
T: (323) 457-2110

Attorneys for Defendants HOME DEPOT U.S.A, INC., and CYBER POWER SYSTEMS (USA), INC.

# UNIED STATES DISTRICT COURT

# CENTRAL DISTICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A, INC., CYBER POWER SYSTEMS (USA), INC., and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.: 2-22-cv-01946-DSF-GJS<br>Hon. Judge Sunshine Suzanne Sykes<br>Courtroom 2<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Trial Date:** 6/26/2023 |

JOINT NOTICE OF SETTLEMENT

  Pursuant to Local Rule 40-2, the parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement agreement. The parties will submit a

- 1 -

STF. 1427

**JOINT NOTICE OF SETTLMENT**

| | |
|---|---|
| 1 | stipulation of dismissal upon execution of the terms of the settlement agreement, i.e., payment |
| 2 | of the settlement funds. The parties respectfully request that the Court vacate all deadlines as set |
| 3 | forth in the August 19, 2022 Minute Order [Doc 32]. |
| 4 | |
| 5 |   This motion is made due to the settlement of plaintiff's claim |

Dated: March 22, 2023      Respectfully,
               WATKINS & LETOFSKY, LLP

               /s/ Michael F. Long
               _____
               BRIAN S. LETOFSKY
               MICHAEL F. LONG
               Attorney for Plaintiff, STATE FARM
               GENERAL INSURANCE COMPANY

Dated: March 22, 2023      BORDIN SEMMER, LLP

               /s/ Christoffer Gaddini
               _____
               JOSHUA BORDIN-WOSK
               CHRISTOFFER GADDINI
               Attorneys for Defendants, CYBERPOWER
               SYSTEMS (USA), INC. and HOME DEPOT
               U.S.A., INC.

STF. 1427

**JOINT NOTICE OF SETTLMENT**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6100 Center Drive, Suite 1100, Los Angeles, California 90045.

On March 24, 2023, I served the within document(s) described as:

# JOINT NOTICE OF SETTLEMENT

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC MAIL/ECF) I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office.

[ ] (BY ELECTRONIC MAIL) My electronic service address is mcusumano@bordinsemmer.com. I caused such document(s) to be served to all Party/Parties through electronic means at the electronic addresses as set forth on the attached service list. Upon completion of transmission of said document(s), I did not receive an "undeliverable" receipt.

Executed on March 24, 2023, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Michelle Cusumano

*/s/ Michelle Cusumano*

(Signature)

**STATE FARM GENERAL INSURACE COMPANY V. HOME DEPOT U.S.A, INC., ET AL.**

Case No. 2:22-cv-01946

**CLIENTS:** CYBER POWER SYSTEMS (USA), INC. and HOME DEPOT U.S.A., INC.
**FILE NO.:** 4000.149

**SERVICE LIST**

| | |
|---|---|
| Michael F. Long, Esq.<br>WATKINS & LETOFSKY, LLP<br>2900 S. Harbor Boulevard, Suite 240<br>Santa Ana, CA 92704<br><br>Tel.: (949) 476-9400<br>Fax: (949) 476-9407<br><br>E-Mail:  mlong@wl-llp.com;<br>         cwalker@wl-llp.com<br><br><br>*Attorneys for Plaintiffs,*<br>STATE FARM GENERAL INSURANCE COMPANY | |

STF. 1427

**JOINT NOTICE OF SETTLMENT**